

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-16-00192-CV

Abelardo G. **GONZALEZ,**
Appellant

v.

Nicholas **LICHTENBERGER;** Judge Jose Antonio Lopez; City of Laredo; Roque Perez;
Christina M. Pena; Webb County; Martin Cuellar; Pepe Salinas; Sergio Lozano; and Edward A.
Nolen,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003714 D1
Honorable Robert C. Chesire, Judge Presiding

# O R D E R

Appellant filed his brief on July 27, 2016. Therefore, this motion is MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 29th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court